1  ROBERT A. JONES, State Bar No. 107839
   robert.jones@ogletreedeakins.com
2  CAROLYN B. HALL, State Bar No. 212311
   carolyn.hall@ogletreedeakins.com
3  ERICA ROCUSH, State Bar No. 262354
   erica.rocush@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
5  One Market Plaza
   San Francisco, CA  94105
6  Telephone:  415.442.4810/Facsimile: 415.442.4870
   Attorneys for Defendants PHILIPS ELECTRONICS
7  NORTH AMERICA CORPORATION and PHILIPS
   LIGHTING ELECTRONICS COMPANY
8

   RICHARD E. QUINTILONE II, State Bar No. 200995
9  req@quintlaw.com
   QUINTILONE & ASSOCIATES
10 22974 El Toro Road, Suite 100
   Lake Forest, CA 92630
11 Telephone:  949.458.9675/Facsimile: 949.458.9679
   JOHN D. TRIEU, State Bar No. 189198
12 john@trieulaw.com
   LAW OFFICES OF JOHN D. TRIEU, APC
13 9211 Bolsa Avenue, Suite 222
   Westminster, CA 92683
14 Telephone: 714.892.2154/Facsimile:  714.893.6710
   Attorneys for Plaintiff HUEY NGUYEN
15

16                    **UNITED STATES DISTRICT COURT**

17                    **CENTRAL DISTRICT OF CALIFORNIA**

18                              **WESTERN DIVISION**

| | |
|---|---|
| 19  HUEY NGUYEN, behalf of himself and on behalf of a Class of all other persons similarly situated, | **Case No.: CV 13-2427-JFW (SSx)** |
| 20 | **CLASS ACTION** |
| 21            Plaintiff, | **Assigned for All Purposes to:** |
| 22       v. | The Honorable John F. Walter<br>Courtroom: 16 |
| 23  PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, an | |
| 24  unknown business entity; PHILIPS LIGHTING ELECTRONICS | **NOTICE OF SETTLEMENT** |
| 25  COMPANY, an unknown business entity, and DOES 1 through 100, inclusive, | |
| 26           Defendants. | Case Filed:  March 1, 2013<br>Removed:  April 5, 2013<br>Trial Date: None set |
| 27 | |
| 28 | |

**TO THE HONORABLE JOHN F. WALTER AND THE CLERK OF THE ABOVE CAPTIONED COURT**:

PLEASE TAKE NOTICE that Plaintiff HUEY NGUYEN, on behalf of himself and on behalf of a class of all other persons similarly situated, and Defendants PHILIPS ELECTRONICS NORTH AMERICA CORP. and PHILIPS LIGHTING ELECTRONICS COMPANY have reached agreement on the material terms of a settlement of this matter in its entirety. The parties anticipate that they will finalize a settlement agreement to submit for preliminary approval within 30 days.

In light of the foregoing, the parties request that all pending matters and deadlines be taken off calendar.

DATED: August 23, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/Erica Rocush*
    Robert A. Jones
    Carolyn B. Hall
    Erica Rocush

Attorneys for Defendants
PHILIPS ELECTRONICS NORTH AMERICA COMPANY and PHILIPS LIGHTING ELECTRONICS COMPANY

DATED: August 23, 2013

QUINTILONE & ASSOCIATES/LAW OFFICES OF JOHN D. TRIEU, APC

By: _____
    Richard E. Quintilone II
    John D. Trieu

Attorneys for Plaintiff HUEY NGUYEN

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am an employee of or agent for Quintilone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **August 23, 2013,** I served the foregoing document(s):

## NOTICE OF SETTLEMENT

on the following parties in this action addressed as follows:

## SEE ATTACHED SERVICE LIST

_____  *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____  *(BY PERSONAL SERVICE)* I delivered each such document by hand to each addressee above.

_____  *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express. I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintilone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintilone & Associates for collection.

_____  *(BY FACSIMILE)* By use of facsimile machine number 949.458.9679, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

__X__  *(BY E-MAIL)* I caused a true and correct copy of each document to be delivered by Electronic Mail.

Executed on **August 23, 2013,** at Lake Forest, California.

__X__  (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____  (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
FERNANDO GUZMAN

# SERVICE LIST

| | |
|---|---|
| Robert A. Jones Esq.<br>Carolyn B. Hall Esq.<br>Erica Rocush Esq.<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**.<br>Steuart Tower, Suite 1300<br>One Market Plaza<br>San Francisco CA 94105<br>Tel: 415.442.4810<br>Fax: 415.442.4870<br>robert.jones@ogletreedeakins.com<br>carolyn.hall@ogletreedeakins.com<br>erica.rocush@ogletreedeakins.com | Attorneys for Defendants Philips Electronics North America Corporation, Philips Lighting Electronics Company |
| John D. Trieu, Esq.<br>Law Offices of John D. Trieu, APC<br>9211 Bolsa Avenue, Suite 222<br>Westminster, CA 92683<br>Telephone No. (714) 892-2154<br>Facsimile No.  (714) 893-6710<br>john@trieulaw.com | Co-Counsel for Plaintiff and Class |

**Q&A Case No.: 13.01130**